**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Christopher Neal Morris, Appellant.

Appellate Case No. 2019-000853

———————————

Appeal From Aiken County
R. Lawton McIntosh, Circuit Court Judge

———————————

Unpublished Opinion No. 2021-UP-021
Submitted January 1, 2021 – Filed January 27, 2021

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Taylor Davis Gilliam, of Columbia,
for Appellant.

Matthew C. Buchanan, of South Carolina Department of
Probation, Parole and Pardon Services, of Columbia, for
Respondent.

———————————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**THOMAS, HILL, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.